UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSA MARINE TERMINALS, INC.; HOMEPORT INSURANCE COMPANY, INC., <br><br>                    Plaintiff, <br><br>      v. <br><br>INUI STEAMSHIP CO., LTD., in personam; The Vessel M/V KEN UN, her Engines, Boats, Tackle, Furniture and Cargo, in rem, <br><br>                    Defendants. | Case No. 2:11-CV-00515 JAM-GGH <br><br><br><br><br><br><br><br>RELATED CASE ORDER |
| AUGUSTINE AMBRIZ, <br><br>                    Plaintiff, <br><br>      v. <br><br>INUI STEAMSHIP CO., LTD. in personam; M/V KEN UN, her engines, tackle, furniture, apparel, etc., in rem; DOES 1-20, <br><br>                    Defendants. | <br><br><br><br>Case No. 2:12-CV-00395 KJM-DAD |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort

1

PDF created with pdfFactory trial version www.pdffactory.com

and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:12-CV-00395 KJM-DAD be reassigned to Judge John A. Mendez and Magistrate Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:12-CV-00395 JAM-GGH.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: February 16, 2012

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge

2

PDF created with pdfFactory trial version www.pdffactory.com